**Motion Granted; Abatement Order filed August 28, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00372-CR
_____

**BRYAN TOBIN SHACKERFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1372974**

## ABATEMENT ORDER

On August 22, 2014, appellant's counsel filed a motion to abate the appeal due to the death of appellant. Attached to the motion is a copy of the death certificate, showing that appellant died on June 8, 2014.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Ryan v. State*, 891 S.W.2d 275 (Tex. Crim. App. 1994). When an appellant dies after an appeal is perfected, but before this court issues the

mandate, the appeal is to be permanently abated. *See* Tex. R. App. P. 7.1(a)(2).

Accordingly, we order the appeal permanently abated.


PER CURIAM


Panel consists of Justices McCally, Brown and Wise.